JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-03350 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Lisa M. Rivera, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lisa M. Rivera, in the principal amount of $2,679.07 plus interest accrued to April 18, 2011, in the sum of $3,682.32; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,361.39**.

DATED: 6/20/2011             By: TERRY NAFISI
                                 Clerk of the Court

                                 Deputy Clerk
                                 United States District Court

Page 5